# EMERGENT MATTER

**OFFICE OF CHIEF** *In Behalf of the*

**ALICIA HANFORD ESTATE TRUST TRIBE,**

TUESDAY JULY NINTH   — TWO THOUSAND TWENTY FOUR

## US DISTRICT COURT

FEDERAL JUDGE ESTHER SALAS AND FEDERAL JUDGE LEDA DUNN WETTRE
request for appointment   EMERGENT MATTER
CASE # 2:24-CV-06165

**US DISTRICT COURT**

**50 WALNUT STREET**

**#4015**

**NEWARK, NJ 07102**

**Re: Notice of Opinio Juris by Beneficiaries**

Dear Honorable Federal Judge ESTHER SALAS AND HONORABLE FEDERAL JUDGE LEDA DUNN WETTRE
request for appointment   EMERGENT MATTER
CASE # 2:24-CV-06165

We, the undersigned Tribal beneficiaries of the
ALICIA HANFORD ESTATE TRUST TRIBE, write this letter to bring to this honorable
court our collective understanding and belief regarding Opinio Juris in the matters on
the estate.

As direct stakeholders in the administration and distribution of the estate, we hold a
shared conviction that certain actions and decisions taken during legal proceedings
align with established legal norms, principles, and precedents. This Opinio Juris is
informed by our appreciation of the legal context surrounding the estate and the careful
consideration of applicable jurisprudence.

We acknowledge the court's authority and jurisdiction in overseeing the proceedings
related to the estate, and we express our trust in the court's commitment to justice,
fairness, and the faithful application of the law.

(1)

This notice serves as an affirmation of our collective Opinio Juris and is deposited with the utmost respect for the court's proceedings. We are committed to cooperating with the court and its directives to ensure a fair and equitable resolution of all matters concerning the estate.

Should the court require further clarification or documentation regarding our Opinio Juris, we are prepared to provide additional information as necessary.

Thank you for your attention to this matter, and we trust that the court will continue to uphold the principles of justice in its deliberations.

By: Chief Israel X.

friend of the court

NON-BELLIGERENT,

NON-COMBATIVE,

NON-ADVERSE PARTY



(2)